UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDOR ANIVAL CORDOVA CARBALLO, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, *et al.*, <br><br> Respondents. | Case No.: 2:20-cv-01315-APG-BNW <br><br> **ORDER** |

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2241, by Sandor Anival Cordova Carballo and 23 other individuals held in civil immigration detention at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada. *See* Petition for Writ of Habeas Corpus (ECF No. 1). At least 23 of the petitioners allege that they have either tested positive for COVID-19 or are exhibiting symptoms of that virus. They allege the respondents have not taken adequate measures to prevent the spread of COVID-19 at NSDC. They allege they have received inadequate medical treatment. And they allege that their health and their lives are at risk as a result. *See id.*

At this stage I make no judgment regarding the procedural viability and merits of the petition. But I find that it warrants service on the respondents and an expedited response. I will order the respondents to file an answer to the petition, showing cause why the petition should not be granted. *See* 28 U.S.C. § 2243.

I THEREFORE ORDER the Clerk of the Court to serve copies of the habeas petition (ECF No. 1) and this order upon the respondents as follows:

(1)  by having the United States Marshal, no later than the end of the day on July 20, 2020, serve a copy of the petition and this order on the United States Attorney for the District of Nevada, or on an Assistant United States Attorney or clerical employee designated by the United States Attorney for service under Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure; and

(2) by sending a copy of the first amended petition and this order, by registered or certified mail, to: the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; the Secretary of the United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528; and the Field Office Director, U.S. Immigration and Customs Enforcement, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119.

I FURTHER ORDER counsel for the respondents to file a notice of appearance by July 24, 2020.

I FURTHER ORDER the respondents to file an answer to the habeas petition by July 31, 2020.  The petitioners will then have three days to file a reply.

Dated: July 17, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE