Hardeep Sull, Esq.
Nevada Bar No. 12108
**SULL & ASSOCIATES, PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 953-9500
Fax: (702) 297-6595
dee@sullglobal.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| SANDOR ANIVAL CORDOVA CARBALLO, et al., | Case No. 2:20-cv-01315-APG-BNW |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT, ANSWER, and (Second Request)** |
| v. | |
| WILLIAM BARR, et al., | |
| Defendant. | |

Plaintiffs, by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiffs to file their amended complaint from the current deadline set by the parties of October 19, 2020, for fourteen days up to and including Monday, November 2, 2020, the deadline for all Defendants' deadlines to file their answer or responsive pleading for eighteen days up to and including Friday, November 20, 2020, and the deadline to file their stipulated discovery plan and scheduling order. The stipulation for these extensions is being sought pursuant to Local Rule of Practice LR IA 6-1. This is the second request to extend the deadline for Plaintiffs to file their amended complaint, defendants to file their answer or responsive pleading, and the deadline to file the stipulated discovery plan and scheduling order.

In support of this Stipulation to Extend the deadline to file their Amended Complaint, the parties state as follows:

1. The Court entered an order partially dismissing Plaintiffs' habeas corpus claims and claims of other Plaintiffs on September 30, 2020 [ECF No. 46]. In this Order, the Court set a deadline for Plaintiffs to file their amended complaint by October 9, 2020.

2. Counsel for both parties have conferred regarding Plaintiffs' second request for an extension of time due to Plaintiff's counsel's family health emergency resulting in daughter's hospitalization, and Defendants' counsel have all agreed to stipulate to extend the deadline for Plaintiffs to file their amended complaint from the current deadline by the parties of October 19, 2020, for fourteen days up to and including Monday, November 2, 2020.

3. The parties further conferred and agreed to extend all Defendants' deadlines to file their answer or responsive pleading for eighteen days up to and including Friday, November 20, 2020.

4. The parties have also conferred and agreed to extend the deadline to file their stipulated Discovery Plan and Scheduling Order on Friday, November 20, 2020.

5. These requested extensions are being brought in good faith, for good cause shown, and are not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiffs to file their amended complaint from the current deadline set by the parties of October 19, 2020, for eighteen days up to and including Monday, November 2, 2020, the deadline for all Defendants' deadlines to file their answer or responsive pleading for eighteen days up to and including Friday, November 20, 2020, and the deadline to file their stipulated discovery plan and scheduling order

DATED this 19th day of October, 2020.

IT IS SO ORDERED.
Dated this 20th day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

**SULL & ASSOCIATES, PLLC**

/s/ Hardeep Sull
_____
Hardeep Sull, Esq. (NV Bar No. 12108)
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 953-9500
Fax: (702) 297-6595
dee@sullglobal.com
*Attorneys for Plaintiffs*

STRUCKLOVE,

/s/
Jacob Lee
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
JLee@strucklove.com
AHesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennetwinepar.com

*Attorneys for Respondent Brian Koehn*

NICHOLAS TRUTANICH
United States Attorney

/s/
Brianna Smith
501 S. Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Brianna.Smith@usdoj.gov

*Attorneys for Respondent*

3