Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
JLee@strucklove.com
AHesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Respondent Brian Koehn*

Hardeep Sull
SULL AND ASSOCIATES, PLLC
520 South Seventh Street, Suite A
Las Vegas, NV 89101
Telephone: (702) 953-9500
Fax: (702) 297-6595
Dee@sullglobal.com

*Attorney for Petitioners*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDOR ANIVAL CORDOVA CARBALLO, et al.,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Respondents. | Case No. 2:20-cv-01315-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINES AS TO MOTION TO STRIKE AND AMENDED COMPLAINT**<br><br>**(Third Request)** |

Pursuant to LR IA 6-1(a) and LR 7-1(a), the parties, through their respective counsel, stipulate and respectfully request that the Court extend the remaining briefing deadlines related to the Federal Defendants' Motion to Strike Portions of Amended Complaint (Doc. 52) and Plaintiffs'

- 1 -

Amended Complaint (Doc. 51). This is the parties' third request to extend the deadlines for Defendants' response to the Amended Complaint and the parties' Stipulated Discovery Plan, and first request to extend the deadlines related to the Motion to Strike. If granted, the new deadlines will be as follows:

- Plaintiff's Response to Motion to Strike: **December 2, 2020**
- Defendants' Reply in Support of Motion to Strike: **December 16, 2020**
- Defendants' response to Amended Complaint and the parties' Stipulated Discovery Plan: **14 days after ruling on Motion to Strike**

On September 30, 2020, the Court granted Defendants' Motion to Dismiss in part and dismissed all habeas corpus claims. (Doc. 46.) In that same order, the Court extended Plaintiffs' deadline to amend the Complaint to October 9, 2020. (Id.)

On October 9, 2020, the parties stipulated to extend the deadline for Plaintiffs to file their Amended Complaint, for Defendants to file their response to the Amended Complaint, and for the parties to file their Stipulated Discovery Plan due to Plaintiffs' counsel's family health emergency. (Doc. 47.) The Court granted the Stipulation that same day. (Doc. 48.)

On October 19, 2020, the parties stipulated to extend the deadline for Plaintiffs to file their Amended Complaint, for Defendants to file their response to the Amended Complaint, and for the parties to file their Stipulated Discovery Plan again due to Plaintiffs' counsel's continued family health emergency. (Doc. 49.) The Court granted the Stipulation the next day, on October 20, 2020. (Doc. 50.) As a result of the extension, Plaintiffs' Amended Complaint was due on or before November 2, 2020; Defendants' response to the Complaint and the parties' Stipulated Discovery Plan were due on or before November 20, 2020. (Id.)

On November 2, 2020, Plaintiffs filed their Amended Complaint. (Doc. 51.) Two days later, on November 4, 2020, the Federal Defendants filed a Motion to Strike Portions of Amended Complaint. (Doc. 52.) Plaintiffs' response to the Motion to Strike was due on November 18, 2020. On that date, counsel agreed to seek the instant extensions of the deadlines for Plaintiffs' response to the Motion to Strike, Defendants' reply in support of the Motion to Strike, Defendants' response

to the Amended Complaint, and the parties' Stipulated Discovery Plan.

Good cause exists to grant the extensions. First, Plaintiffs' counsel has continued to need to dedicate time to her family health emergency. Second, continuing Defendants' deadline to respond to the Amended Complaint until after the Court has ruled on the Motion to Strike will conserve the parties' and the Court's resources by eliminating the need for the parties to brief the same issues twice (e.g., in the Motion to Strike and in a Motion to Dismiss). For these reasons, the parties respectfully request that the Court extend the deadlines as outlined above.

DATED this 18th day of November 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Jacob B. Lee
Jacob B. Lee
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
JLee@strucklove.com
AHesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Respondent Brian Koehn*

NICHOLAS A. TRUTANICH
United States Attorney

By /s/Brianna Smith  (with permission)
Brianna Smith
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Brianna.Smith@usdoj.gov

*Attorney for Respondents*

IT IS SO ORDERED.

Dated this 19th day of November, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

By /s/Hardeep Sull  (with permission)
Hardeep Sull
SULL AND ASSOCIATES, PLLC
520 South Seventh Street, Suite A
Las Vegas, NV 89101
Dee@sullglobal.com

- 3 -

*Attorney for Petitioners*
## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Hardeep Sull
>SULL AND ASSOCIATES, PLLC
>520 South Seventh Street, Suite A
>Las Vegas, NV 89101
>Telephone: (702) 953-9500
>Fax: (702) 297-6595
>Dee@sullglobal.com

*Attorney for Petitioners*

>NICHOLAS A. TRUTANICH
>United States Attorney
>District of Nevada
>
>Brianna Smith
>Assistant United States Attorney
>501 Las Vegas Blvd. So., Suite 1100
>Las Vegas, Nevada 89101
>(702) 388-6336
>Brianna.Smith@usdoj.gov

*Attorney for Respondents*

/s/Jacob B. Lee