Hardeep Sull
SULL AND ASSOCIATES, PLLC
520 South Seventh Street, Suite A
Las Vegas, NV 89101
Telephone: (702) 953-9500
Fax: (702) 297-6595
Dee@sullglobal.com

*Attorney for Petitioners*

Jacob B. Lee
Nevada Bar No. 012428
Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
JLee@strucklove.com
AHesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Respondent Brian Koehn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDOR ANIVAL CORDOVA CARBALLO, et al.,<br><br>　　　　　Petitioners,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01315-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINES AS TO MOTION TO STRIKE AND AMENDED COMPLAINT**<br><br>**(Fourth Request)** |

　　　Pursuant to LR IA 6-1(a) and LR 7-1(a), the parties, through their respective counsel, stipulate and respectfully request that the Court extend the remaining briefing deadlines related to

- 1 -

the Federal Defendants' Motion to Strike Portions of Amended Complaint (Doc. 52) and Plaintiffs' Amended Complaint (Doc. 51). This is the parties' fourth request to extend the deadlines for Defendants' response to the Amended Complaint and the parties' Stipulated Discovery Plan, and second request to extend the deadlines related to the Motion to Strike. If granted, the new deadlines will be as follows:

- Plaintiff's Response to Motion to Strike: **December 23, 2020**
- Defendants' Reply in Support of Motion to Strike: **January 6, 2021**
- Defendants' response to Amended Complaint and the parties' Stipulated Discovery Plan: **14 days after ruling on Motion to Strike**

On September 30, 2020, the Court granted Defendants' Motion to Dismiss in part and dismissed all habeas corpus claims. (Doc. 46.) In that same order, the Court extended Plaintiffs' deadline to amend the Complaint to October 9, 2020. (Id.)

On October 9, 2020, the parties stipulated to extend the deadline for Plaintiffs to file their Amended Complaint, for Defendants to file their response to the Amended Complaint, and for the parties to file their Stipulated Discovery Plan due to Plaintiffs' counsel's family health emergency. (Doc. 47.) The Court granted the Stipulation that same day. (Doc. 48.)

On October 19, 2020, the parties stipulated to extend the deadline for Plaintiffs to file their Amended Complaint, for Defendants to file their response to the Amended Complaint, and for the parties to file their Stipulated Discovery Plan again due to Plaintiffs' counsel's continued family health emergency. (Doc. 49.) The Court granted the Stipulation the next day, on October 20, 2020. (Doc. 50.) As a result of the extension, Plaintiffs' Amended Complaint was due on or before November 2, 2020; Defendants' response to the Complaint and the parties' Stipulated Discovery Plan were due on or before November 20, 2020. (Id.)

On November 2, 2020, Plaintiffs filed their Amended Complaint. (Doc. 51.) Two days later, on November 4, 2020, the Federal Defendants filed a Motion to Strike Portions of Amended Complaint. (Doc. 52.) Plaintiffs' response to the Motion to Strike was due on November 18, 2020. On that date, counsel agreed to seek the instant extensions of the deadlines for Plaintiffs' response

to the Motion to Strike, Defendants' reply in support of the Motion to Strike, Defendants' response to the Amended Complaint, and the parties' Stipulated Discovery Plan (ECF 55). The Court granted it the next day (ECF 56).

On December 2, 2020, Plaintiffs sought a third request for their response to the Motion to Strike Portions of Amended Complaint. Plaintiffs' response is due on December 2,2020 (ECF 56). Plaintiff has dealt with another family health emergency set back

Good cause exists to grant the extensions. Plaintiffs' counsel has continued to need to dedicate time to her family health emergency. For these reasons, the parties respectfully request that the Court extend the deadlines as outlined above.

DATED this 2nd day of December 2020.


SULL AND ASSOCIATES, PLLC

By /s/   *Hardeep Sull*
    Hardeep Sull
    520 South Seventh Street, Suite A
    Las Vegas, NV 89101
    dee@sullglobal.com


STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ *Jacob Lee*            (with permission)
    Jacob B. Lee
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    JLee@strucklove.com
    AHesman@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    GWinspear@dennettwinspear.com

*Attorneys for Respondent Brian Koehn*

NICHOLAS A. TRUTANICH
United States Attorney

By /s/   *Brianna Smith*   (with permission)
    Brianna Smith
    501 Las Vegas Blvd. So., Suite 1100
    Las Vegas, Nevada 89101
    Brianna.Smith@usdoj.gov

*Attorney for Respondents*

IT IS SO ORDERED:

Dated:  December 3, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Jacob B. Lee
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
JLee@strucklove.com
AHesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Respondent Brian Koehn*

NICHOLAS A. TRUTANICH
United States Attorney

1  District of Nevada

2  Brianna Smith
   Assistant United States Attorney
3  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
4  (702) 388-6336
   Brianna.Smith@usdoj.gov
5
   *Attorney for Respondents*