# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SANDOR ANIVAL CORDOVA
CARBALLO, *et al.*,

                           Petitioners,

v.

WILLIAM BARR, *et al.*,

                           Respondents.

Case No.: 2:20-cv-01315-APG-BNW

**Order Administratively Closing This Case
and Opening a New Case**

         This case was originally filed and docketed as a habeas case, although the complaint included claims that could be interpreted as asserting civil rights claims.  I dismissed the habeas claims and allowed the plaintiffs to file an amended complaint. ECF No. 46.  The plaintiffs have filed their amended complaint. ECF No. 51.  I now direct the Clerk's Office to treat this action, administratively, as a civil rights action in all respects, including designation of the nature of the suit and filing fees.

         I HEREBY ORDER the Clerk to:

         (1)       Administratively close this case; and

         (2)       File the amended complaint (ECF No. 51) and motion to strike (ECF No. 52) in a new case, with a new case number, assigned to the same judges, with a nature of suit of 555.  All future filings will bear that new case number.

/ / / /

/ / / /

/ / / /

1    I FURTHER ORDER that the complaint in the new case will be subject to the Civil

2  Filing Fee unless the plaintiffs qualify for *in forma pauperis* status.  The forms for an *in forma*

3  *pauperis* application are on the court's webpage.

4    DATED this 3rd day of December, 2020.

5

6    _____
     ANDREW P. GORDON
7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23